[No. 7,017.—Department One.]

## N. A. DORN *v.* ELIAS HOWE.

EXECUTION—CONSTITUTIONAL LAW—SUPERIOR COURT.—The Clerk of the Superior Court succeeding to a District Court has power, without a previous order of the Court, to issue an execution upon a judgment of the District Court.

APPEAL from an order in the Superior Court of Monterey County. ALEXANDER, J.

*Francis Johnson* and *W. H. Dodge*, for Appellant.

*S. M. Swinnerton*, for Respondent.

The COURT:

The execution was signed by the clerk, and sealed with the seal of which the clerk is the legal custodian.

The clerk of the Superior Court had the same power to issue execution (without previous order of the Court), as had the clerk of the former District Court. (Const., art. xxii, § 11.)

Order affirmed.